# AFFIDAVIT

I, Robert A. Gechijian, being duly sworn, state as follows:

1. I am presently employed as a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed for approximately 16 years. I have more than 23 years of experience as a law enforcement officer and have conducted numerous criminal investigations involving illegal narcotics trafficking through the United States Mail. During my tenure as a federal agent, I have participated in the execution of numerous criminal search warrants, and I have received training in the various means and methods by which illegal drug traffickers obtain, posses, transport, divert, and distribute controlled substances and prescription drugs. As a Postal Inspector, I conduct criminal investigations, make arrests, and execute search and seizure warrants for various Title 21 drug offenses.

2. On April 20, 2021, Postal Inspectors from the U.S. Postal Inspection Service Office in Mobile, Alabama, investigated Priority Mail Express Mail Parcel EL451673072US addressed to ███████████████████████████████████████ with a return address of ██████ ███████████████████████████████████████. The parcel is a 12.5" x 9.5" plastic envelope, weighs approximately 2.3 pounds and cost $26.35 to mail.

3. Inspectors conducted records checks on the sender's and recipient's addresses listed on the parcel label. The intended recipient, ██████████████, appears to be associated with the address ███████████████████████████████. The sender, █████████████, was not associated with ████████████████████████████████. Research indicated ████████ ██████ was a business which dissolved in 2019 and was located at ████████████ ███████████████████. Based on my training and experience, it is common practice of narcotic traffickers to use false names and addresses on mail packages to hide their true identities.

4. On April 20, 2021, Postal Inspectors requested assistance from the Mobile Police Department's K-9 Unit. On April 22, 2021, Officer Josh Evans and his certified K9 "GUNNER" conducted a multi-parcel inspection that included the suspect parcel referenced above. After completing his inspection with "GUNNER", Officer Evans advised "GUNNER" alerted to the odor of narcotics emanating from Priority Mail Express Mail Parcel EL451673072US.

5.  Based on these facts, I believe that Priority Mail Express Mail Parcel EL451673072US contains controlled substances and/or proceeds from the trafficking of controlled substances, constituting evidence of violations of 21 U.S.C. § 841(a) (1) (possession with intent to distribute a controlled substance), § 843(b) (unlawful use of a communication facility to facilitate the distribution of a controlled substance), and § 846 (illegal drug conspiracy).

6.  The suspect Express Mail parcel, as described above, are presently in the custody of the U.S. Postal Inspection Service. I am requesting authority for agents to open the parcels and search and seize any controlled substances and/or proceeds contained therein.

Respectfully submitted this the 22nd day of April, 2021.

ROBERT A. GECHIJIAN
United States Postal Inspector

THE ABOVE AGENT HAS ATTESTED TO THIS AFFIDAVIT PURSUANT TO FED. R. CRIM. P. 4.1(b) (2) (B) THIS THE 22nd DAY OF APRIL, 2021.

U.S. Magistrate Judge Katherine P. Nelson
Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
DN: cn=U.S. Magistrate Judge Katherine P. Nelson, o=Federal Judiciary, ou=U.S. Government, email=efile_nelson@alsd.uscourts.gov, c=US
Date: 2021.04.27 14:33:04 -06'00'

KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: Tina Wood
Deputy Clerk
Date: April 27, 2021